Cause No: 72106                                        83,037-01

Benjamin H. Taylor
Petitioner            #136991

                                          In The 27th Judicial
        VS                                District Court of
                                          Bell County, Texas

The State of Texas                        RECEIVED IN
Respondent                                COURT OF CRIMINAL APPEALS

                                          OCT 14 2015

                                          Abel Acosta, Clerk

                  Writ of Habeas Corpus


    To the honorable Judge of said court, comes now the defendant Benjamin H. Taylor, cause no: 72106, prays that the court of the above styled cause no show relief unto the petitioner for a writ of Habaes Corpus, under Article 11.08......


                              I.

                    Case Background

On November 13th, 2013 petitioner Taylor was arrested in Bell County, city of Killeen, Tx. on unrelated charges, and the following day November 14th, 2013 the Texas Parole Division issued a "Blue Warrant" for his arrest, and has remained active up unto this day, therefore that has unfortunately subjected petitioner Taylor to remain in the custody and the authority of Sheriff EDDie Lange and District Attorney Henry Garza restrained against his liberty according to Articles 1.04 of the Texas Code of Criminal Procedures states that no citizen shall be deprived of life, liberty, property, priviledges or immunities or any manner disfranchised, except by the due course of the law of the land.


                            (1)

## Ground (1)

While the petitioner remains in the custody of the State, the Parole Division has failed and refused to schedule a date for a revocation hearing prior to petitioners' Taylor maximum expiration date of November 28th, 2014. According to Government Code of the Texas Code of Criminal Procedures 508.282 states that a parole panel, a designee of the board, or the department shall dispose of the charges against an inmate or person before the 41st day after the date on which a warrant issued if the inmate or person is arrested only on a charge that the inmate or person has committed an administrative violation of a condition of release and the 15th day after the date on which the parole panel, designee, or department would otherwise be required to dispose of the charges under this section, unless the inmate or person is released from custody and a summons is issued under section 508.251 requiring the inmate or person to appear for a hearing under Section 508.281.

## Ground (2)

Upon the initial search warrant of petitioners Taylor personal search, illegaly police/respondents retrieved unrelated evidence due to a narcotic search warrant officials recovered (3) handguns non-related to police findings, along with other adults inside the residence at the time of the arrest. Petitioner Taylor has no common interest nor any relevance to the arresting residence along with the other (3) adults at the scene, where police officials confiscated unrelated handguns that were illegally seized by police/detectives that were not related to the alledged offender. According to Article 18.01 (1),(2), and (3) of the Texas Code of Criminal Procedures, that a "Specific offense has been illegally committed" as well as the specifically descibed property

(2)

OR items that are to be searched for or seized constitute evidence of that offense or evidence that a particular person has so clearly committed that offense and that the property or items constituting evidence to be searched for or seized are located at or on ~~top~~ the particular person, place, or thing to be searched at the time of the incident.

## Ground (3)

Petitioner Taylor is presumed to be innocent beyond a large reasonable doubt. Petitioner Taylor is held illegally captive against his will at the Bell County Jail, City of Belton, TX. on a $50,000.00 bond under the conditions of a [Felon in possesion of a firearm] also under the provisions of a "Felony Blue Warrant detainer", that restricts Mr. Taylor from posting bail in this case which infringes upon his U.S. Constitutional Rights as a law abiding citizen and his due process of Law that has been violated by official police misconduct.

## Ground (4)

Because the state has therefore, refused and failed to enter into a trial within the maximum amount of time causing Mr. Taylor to exhaust his options by re-setting Petitioners Taylor court date(s) for the past (2) years until he considers the states plea agreement, this is also a form of the states practice which they have been using this particular tactical scheme for a conviction. Petitioner Taylor has been waiting for the states disposition of his case for the Above Styled cause no: 72106 to wit a dismissal on behalf of the Alledged defendant.

(3)

## II
## Why Writ Should Issue

The petitioner has attempted to resolve his mandatory supervision through the Parole Division in Bell County, City of Temple, Tx. and through the TDCJ Coordinator within the Bell County Law Enforcement Administration. Today neither parties have responded to the petitioners request to resolve the "Blue Warrant Issue."

Petitioner Taylor has served more than half of his mandatory supervision at liberty, approximately fourteen (14) months street time. He has also served the remaining twelve (12) months of his forty-eight (48) months equal to four (4) years of his sentence confined on a parole violation warrant issued by the Parole Division November 14th, 2013 where he still Remains in the custody of the State of Texas.

Therefore, the State of Texas Parole Division should honor Mr. Taylor request that the "Blue Warrant" be removed, allowing Mr. Taylor the oppurtunity to secure his freedom, purpose to regain his liberty, and also so giving him access to move forward along with the chance to pursue his life goals. While being able to connect with his family and to continue to live peaceable.

## III
### Prayer for Relief

Wherefore, Premises considered the petitioner prays that the 27th Judicial District Court grants petitioner's Taylor Writ of Habaes Corpus to which he may be in all ways entitled to in this proceeding.

Date: 10/12/15

Respectfully Submitted,

x. Benjamin Taylor

Benjamin H. Taylor pro-se
113 W. Central Ave.
Belton, Tx. 76513

---

### Inmates Declaration

I, Benjamin H. Taylor, am the above petitioner being currently incarcerated in Bell County Jail, declare under penalty of perjury that, according to my facts and beliefs, the facts do state that the above application are true and correct.

Signed on: October 12, 2015

x. Benjamin Taylor

Benjamin H. Taylor

(5)